

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2020

No. 04-18-00833-CV

**In the Interest of M.A.G. and Z.A.G., Children**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
The Honorable Missy Medary, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Appellant's motion to strike the brief filed by the Assistant Attorney General for child support is carried with the case.

It is so **ORDERED** on April 20, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court